UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 08-50125-AWB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING FIRST** |
| | ) | **MOTION TO CONTINUE** |
| SHERRY WOUNDED FOOT, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant moves for a two-week continuance in the above-captioned case. Docket 11. Defendant informs the Court that the parties are engaged in plea negotiations and more time is needed to resolve this case in lieu of trial. The Government does not oppose this motion. The Court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the Defendant in a speedy trial. Based on the foregoing, it is therefore

ORDERED that Defendant's motion is granted. The following deadlines shall apply:

| | |
|---|---|
| Applications for Writ of Habeas Corpus Ad Testificandum | January 27, 2009 |
| Other motions | February 3, 2009 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | February 3, 2009 |
| Plea agreement or petition to plead and statement of factual basis | February 3, 2009 |
| Notify court of status of case | February 3, 2009 |

| Motions in limine | February 10, 2009 |
| --- | --- |
| Proposed jury instructions due | February 10, 2009 |
| Jury trial | Tuesday, February 17, 2009, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence.  18 U.S.C. § 3161(h)(8)(A).

All other provisions of the court's standing order remain in effect unless specifically changed herein.

Dated January 20, 2009.

BY THE COURT:

/s/ Andrew W. Bogue
ANDREW W. BOGUE
SENIOR DISTRICT JUDGE